IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., Successor by merger to Villager Franchise Systems, Inc., a Delaware corporation,   Plaintiff,   v.   VICTOR PATEL, an individual,   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   NO.  05-cv-4210-JPG-DGW |

# JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  May 16, 2007**

                                                **NORBERT JAWORSKI, CLERK**

                                                **s/Brenda K. Lowe**
                                                **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **U. S. DISTRICT JUDGE**